# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1290

_____

| | | |
|---|---|---|
| Marie Lum Neba, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Nile Health Care Center, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: November 15, 1999

Filed: December 22, 1999

_____

Before WOLLMAN, Chief Judge, LAY, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Marie Lum Neba appeals from the district court's[1] adverse grant of summary judgment in her complaint alleging employment discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. Having reviewed the record and the parties' briefs, we agree with the district court that Ms. Neba failed to produce any admissible evidence in response to the motion for summary judgment to show a

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.

genuine issue of material fact for trial.  <u>See</u> Fed. R. Civ. P. 56(e).  Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.